# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0149
LT Case No. 2022-032419-FMCI

_____

JOHN HAIRSTON,

    Appellant,

    v.

SHANEL HAIRSTON,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Sandra C. Upchurch, Judge.

John Hairston, Blacksburg, VA, pro se.

No Appearance for Appellee.

November 4, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____